CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 19 2008
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES DALTON BELL,<br>    Petitioner, | Civil Action No. 7:08-cv-00107 |
| v. | |
| UNITED STATES OF AMERICA,<br>DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF PRISONS,<br>UNITED STATES ATTORNEY<br>GENERAL,<br>    Respondent. | **FINAL ORDER**<br><br>By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this action, brought pursuant to 28 U.S.C. § 2241, hereby is **DISMISSED** for lack of jurisdiction and and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 19th day of February, 2008.

_____
Senior United States District Judge