CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 19 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

### ROANOKE DIVISION

| | |
|---|---|
| JAMES DALTON BELL,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF PRISONS,<br>UNITED STATES ATTORNEY<br>GENERAL,<br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 7:08-cv-00107

**FINAL ORDER**

By: Hon. James C. Turk
Senior United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this action, brought pursuant to 28 U.S.C. § 2241, hereby is **DISMISSED** for lack of jurisdiction and and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 19th day of February, 2008.

Senior United States District Judge